Case 4:15-cv-01470 Document 21 Filed in TXSD on 10/21/16 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IRVING BRAUN, JUDITH BRAUN, §
and CECIL PHILAN, Individually §
and on Behalf of All Others §
Similarly Situated, §
§
        Plaintiffs, §
§
v. §
§
EAGLE ROCK ENERGY PARTNERS, §
L.P.; EAGLE ROCK ENERGY G&P, §
LLC; EAGLE ROCK ENERGY GP, §
L.P.; JOSEPH A. MILLS; § CIVIL ACTION NO. H-15-1470
CHRISTOPHER D. RAY; DAVID W. §
HAYES; WILLIAM K. WHITE; §
WILLIAM A. SMITH; HERBERT C. §
WILLIAMSON III; PEGGY A. HEEG; §
PHILIP B. SMITH; VANGUARD §
NATURAL RESOURCES, LLC; §
SCOTT W. SMITH; RICHARD A. §
ROBERT; W. RICHARD ANDERSON; §
BRUCE W. MCCULLOUGH; and §
LOREN SINGLETARY, §
§
        Defendants. §

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss, this action is **DISMISSED with prejudice**.

Costs are taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 21st day of October, 2016.

                                          _____
                                          SIM LAKE
                                  UNITED STATES DISTRICT JUDGE